# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | Case No. CV 10-7144-DDP (RNB) |
| Plaintiff, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| MOHAMMADI, #36506, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's resubmitted "Motion to Strike Defendants' 'Answer' and for Judgment on the Pleadings" is denied; and (2) defendants' request for sanctions is denied.

DATED: May 24, 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE