O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GARBER, | ) | Case No. CV 10-07144 DDP (RNB) |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S REQUEST** |
| | ) | **TO REOPEN DISCOVERY** |
| v. | ) | |
| | ) | |
| MOHAMMADI #36506, et al., | ) | [Docket Nos. 65, 69, 70] |
| | ) | |
| Defendants. | ) | |

On February 23, 2012, Plaintiff filed a Request to Reopen Discovery ("Request"). In his Request, Plaintiff alleges that he has requested certain discovery that Defendants have failed to produce. Defendants respond that they have produced all relevant discovery, providing an example of one document requested by Plaintiff that does not exist. Plaintiff provides no legitimate reason to believe that Defendants have unlawfully withheld the discovery requested. The court therefore finds that Plaintiff has

///

///

///

1 | not shown good cause to modify the scheduling order and reopen
2 | discovery, and DENIES Plaintiff's Request to do so.
3 |
4 | IT IS SO ORDERED.
5 |
6 |
7 | Dated: June 22, 2012
8 |                               DEAN D. PREGERSON
                              United States District Judge