O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>MOHAMMADI, #36506,<br>Lead-officer for the Los<br>Angeles Police Department,<br><br>        Defendant. | Case No. CV 10-07144 DDP (RNBx)<br><br>**ORDER GRANTING MOTION TO DISMISS AND VACATING MOTION OF EVIDENTIARY HEARING**<br><br>[Dkt. Nos. 76 & 79] |

    Presently before the court are Defendants City of Los Angeles, Los Angeles Police Department, Hamed Mohammadi, and Amy Standage's Motion to Dismiss Plaintiff's Complaint, and Plaintiff Robert Garber's Motion of Evidentiary Hearing.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1   The hearing on Defendants' Motion was set for February 4,
2  2013.  Plaintiff's opposition was therefore due by January 14,
3  2013.  As of the date of this Order, Plaintiff has not filed an
4  opposition, or any other filing that could be construed as a
5  request for a continuance.  Accordingly, the court deems
6  Plaintiff's failure to oppose as consent to granting the Motion to
7  Dismiss, and GRANTS the Motion.  Plaintiff's Motion of Evidentiary
8  Hearing is VACATED as moot.

10  IT IS SO ORDERED.

13  Dated: January 29, 2013

       DEAN D. PREGERSON
       United States District Judge

2