O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, ) | Case No. CV 10-07144 DDP (RNBx) |
| ) | |
| Plaintiff, ) | **ORDER RE: CONDUCT IN COURTROOM** |
| ) | |
| v. ) | |
| ) | |
| MOHAMMADI, #36506, ) | |
| Lead-officer for the Los ) | |
| Angeles Police Department: ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

As a result of Plaintiff Robert Garber's conduct at the hearing held July 14, 2014, the court finds it necessary to issue the following Order:

As the United States Supreme Court has explained: "Courts of justice are universally acknowledged to be vested, by their very creation, with power to impose silence, respect, and decorum, in their presence, and submission to their lawful mandates. . . . A primary aspect of that discretion is the ability to fashion an appropriate sanction for conduct which abuses the judicial process." Chambers v. NASCO, Inc., 501 U.S. 32, 43-45 (1991).

Sanctions imposed on a plaintiff who abuses the judicial process may take a variety of forms up to and including the dismissal of the plaintiff's action. <u>See</u> <u>id.</u> at 45.

At the hearing held on Plaintiff's motions on July 14, 2014, Plaintiff repeatedly interrupted the court and spoke over the court. The court admonished him to cease such conduct but he nevertheless persisted in the same disruptive behavior. Plaintiff also repeatedly accused the court of bias against him and in favor of Defendant and suggested that the court's proceedings were illegitimate.

Such conduct is wholly inappropriate and will not be tolerated going forward. If Plaintiff continues to comport himself in ways that abuse the judicial process, the court will impose the sanctions it concludes are necessary to maintain respect, decorum, and orderly proceedings in the courtroom. Such sanctions may include monetary fines, the dismissal of his case, or other sanctions the court deems necessary and proper.

IT IS SO ORDERED.

Dated: July 16, 2014

DEAN D. PREGERSON
United States District Judge

2