O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GARBER, | ) | Case No. CV 10-07144 DDP (RNBx) |
| Plaintiff, | ) | **ORDER RE: AMENDED STATEMENT OF THE CASE** |
| v. | ) | |
| MOHAMMADI, #36506, Lead-officer for the Los Angeles Police Department: et al., | ) | |
| Defendants. | ) | |

In light of Plaintiff's objections to the court's proposed Statement of the Case made at a pre-trial conference held on July 21, 2014, the court will read the following amended Statement of the Case to the jury at the outset of trial:

> In this civil case, Plaintiff Robert Garber contends that he was subjected to unreasonable force by a Los Angeles Police Department officer, Defendant Hamed Mohammadi, during an arrest.
>
> On August 7, 2010, in the course of responding to a call regarding the attempted kidnaping of a child, police officers, including Mr. Mohammadi, arrested Mr. Garber.
>
> Mr. Garber alleges that, in the course of his arrest, Mr. Mohammadi used excessive force in violation of his rights under the Fourth Amendment of the U.S. Constitution.

The court has previously determined that the officers had probable cause to arrest Mr. Garber. Probable cause, in this context, is the legal standard for the lawful arrest of a person. A finding of probable cause is based upon the information available to the police at the time of an arrest. It is not a finding that the person has committed any crime.

Mr. Garber was arrested. Upon investigation, the police determined that no attempted kidnaping had occurred and there was no basis to charge Mr. Garber with a crime.

The jury is tasked solely with determining whether Mr. Mohammadi used excessive force in carrying out the arrest of Mr. Garber. Prior to its deliberations, the jury will receive further instructions regarding Mr. Garber's excessive force claim.

IT IS SO ORDERED.

Dated: July 25, 2014

DEAN D. PREGERSON
United States District Judge